PROVIDED TO
HAMILTON CI
MAR 14 2023
RECEIVED BY VM
FOR MAILING

Original Copy of 2.                                MARCH 13, 2023

STATE OF: FLORIDA                United States District Court
COUNTY OF: HAMILTON              Middle District of Florida
                                 300 N. Hogan ST. STE 9-150
                                 JACKSONVILLE, FLORIDA
                                 4271

                                 RE: (P.R.E.A. LIFE DANGER)

             SWORN AFFIDAVIT
                                 3:23-cv-300-BJD-LLL

ATTN: Federal Judge(s) Howard, DAVIS And Corrigan, My LIFE IS in DANGER OF THE Corrupted Administration of Hamilton Annex Correctional Institution.

SEE: Affidavit date Stamped March, 1 2023 To THE State Attorney office in Live Oak, Fla Attached.

ON A DAILY BASIS IN HAMILTON C.I. Annex I'm being Sexually Stalked by (C/O E. Harper,) at Lunch Feeding, Nurse medication Pass out in The Evening ect. Where This Known Homosexual official Who Lives With A MAN Ect, Continues To Come To My Assigned Cell And Sexual STALK My Gentical Area With His Face ON The Cell Glass Eye balling my Penis Print. I've Filed A Formal Grievance Heading Said (P.R.E.A.) AT This Institution VIA Grievance Box 3-1-23 With No Acknowledgement by Grievance Cordinator B. BLANTON, WHO LOG WHAT THEY WANT TO AND DESTROY THE OTHER FILINGS, WHICH IS Evidently WHAT THEY HAVE BEEN INSTRUCTED TO DO.

ON Friday MARCH 10, 2023 (C/O E. Harper) did Said "Again", AT CELL Front H2/11 Supported by Fixed Wing Camera of The Quad, AND HE CANT SAY SAID WAS DONE DO UNTO Escort-

ing The Nurse around for Medication Pass, As THE Fixed Wing Camera Approx 2:30 During Said Will Show THE NURSE WALKING Around UP STAIRS IN THE SAME QUAD (2) by herself From Cell to Cell PASSING OUT MEDICATION, While (Harper,) ON Another End As A Correctional Officer PASSING OUT MEDICATION! What Medical Staff Assigned Him To do That!!!

I'm Being Sexually Stalked And Sexually Harassed And This Warden (PAUL ALLEN), Knows "exactly," Whats GOING ON And FAIL TO CORRECT SAID, Therefore, Supporting it.

I Love Women, I Should Not Haft to be Subjected To Harassment by A Homosexual.

WHEN A Prisoner Presents evidence Showing a Substantial risk of Sexual Assault by And Officer to And inmate With longstanding, Pervasive and Well documented Reportings expressly noted by Numerous Outside Agencies, When The Officer already has A Well reported Past of SAID illicit Nature, the Risk must have been Known by The Warden; And Such evidence is Sufficient to Permit a trier of Fact to Find That Warden Paul Allen, had Knowledge (actual Knowledge) of The Risk, MAKING HIM Liable For Suit.

I HATE HOMOSEXUALS, Everything about them! This Warden Has Taken No Measure to abate this Fog Conduct, Thus, He Continue To Pressure myself, And April 1, 2023, I'm Filing A 1983 Civil Complaint Against E. Harper, P. Allen, et. al. begenning and End!!!

Whats being done With all Outgoing Legal/Privalege mail, Administration is Having The MAIL CARRIERS RE-OPEN OUR MAIL, Thus, CERTAIN MAIL Will Leave The Institution, And The Rest Destroyed, Delayed ect. I advise all inmates To Make Copy's And Have Them Stamped! Holding That Mail Carrier Responciable for Suit and Charges.

2 oF 3

SEE: Both Affidavits To Live Oak State Attorney office Attached Date Stamped 3-1-23 And 2-23-2023. My Life Remains in Danger Under This Homosexual Supported Administration!

## CERTIFICATE OF SERVICE

I, Andre L. Sheffield, #116194 do hereby Certify that a True and Correct Copy of This (P.R.E.A. - Life in danger) SWORN AFFIDAVIT HAS BEEN PLACED IN THE HANDS OF Hamilton C.I. MAIL CARRIERS FOR MAILING TO: U.S. District Court, Middle District of FLORIDA, 300 N. Hogan ST. STE 9-150 JACKSONVILLE, FLORIDA 32202-4271 ON THIS 13th day of March 2023. MAIL CARRIER INITIALS (V.M.).

/s/ Andre Sheffield

/s/ Andre Sheffield
Andre Sheffield #116194
Hamilton Corr. Inst. /Annex
10650 S.W. 46th STREET
JASPER, FLORIDA
32052

C.C.
F.B.I. Jax Fla.

3 oF 8

PROVIDED HAMILTON CI
MAR 01 2023
RECEIVED BY BB
FOR MAILING

ORIGINAL COPY oF 2.                                MARCH 1, 2023

STATE OF: FLORIDA                   STATE ATTORNEY OFFICE
COUNTY OF: HAMILTON                 100 S.E. COURT ST.
                                    Live Oak, Fla
                                         32062

                           RE: (D.O.C. OFFICIAL SEXUAL
                                 MISCONDUCT):

### SWORN AFFIDAVIT
ATTN: STATE ATTORNEY OFFICE:

THE Clerk of COURT IN HAMILTON COUNTY REFUSING TO ALLOW myself The CONSTITUTIONAL RIGHT TO PRESS CHARGES AGAINST TWO HOMOSEXUAL OFFICIALS EMPLOYED AT Hamilton C.I. Annex.

C/O E. HARPER, And Lt. J. Billard, KNOWN Homosexuals Are Pressuring myself And other inmates To Tolerate "Them" MAKING SEXUAL Advances At Our Genticals. Their Cahooting With MAIL CARRIERS NOT TO SEND LEGAL MAIL OUT, TO RE-OPEN SAID AND LET THEM SEE SAID ECT., NAMELY (B.B.)

I HAVE Filed A Complaint Against Both In Hamilton County Circuit Court Unacknowledge by their Clerk of Court, I Have Filed Sworn affidavits Against both In U.S. Dist. Court oF Jacksonville And Federal Bureau oF Investigation oF JACKSONVILLE And A Federal Injunction is being Prepared For Protection Against Repeat Violence.

ON TWO(2) or more Occasions When officials Sexual Assault A inmate Usually A Inmate is Saw by And Inspector General J. Billard, and C/O Harper, GOT it to Where A Warden, COLONEL Ect. DON'T Even investigate Their Misconduct, And Then Threatens, The Mental Health and Medical Staff That They better Not documment Any Kind oF PREA Reporting against

Them!

ON 2/23/23 I advised I. Calhoun, I was Being Sexually Harassed by C/o Harper; C/o Harper, Went to Lt. J. Billard, Who Threatend The Woman, And The Woman Has to refuse To Pull Patience Out!

I want to File Injunctions of Sexual Stalking And The Clerk of Court Will Not Provide Said. I Write this office because the State Attorney office of Live Oak, Governs Hamilton County I want to Press Charges Against both Ammediatley!

### CERTIFICATE OF SERVICE

I, Andre L. Sheffield, #116194 do hereby Certify that a True and Correct Copy of THIS SWORN AFFIDAVIT Has been Placed in the hands of Hamilton C.I. Mail Carrier (B.B.) For Mailing to: STATE ATTORNEY OFFICE, 100 S.E. COURT ST. Live Oak, Fla 32062 And F.B.I. 6061 Gate Parkway, Jacksonville, Fla 32256-7287 ON THIS 1st day of March 2023

/s/ Andre Sheffield

Andre Sheffield #116194
Hamilton Corr. Inst/Annex
10650 S.W. 46th Street
JASPER, FLORIDA
32052

NOTE:
All Attachments mentioned Were enclosed When this Affidavit Letter was Sealed, And Handed over to the Mail Carrier.

HAMILTON C.I.
FEB 23 2023
RECEIVED BY LW
FOR MAILING

Copy 2 oF 2.

February 24, 2023

STATE OF: FLORIDA
COUNTY OF: HAMILTON

STATE ATTORNEY OFFICE:
100 SE COURT ST.
Live Oak, FLORIDA
32062

RE: Criminal Prosecution:

## SWORN AFFIDAVIT

Dear State Attorney,

IF An official Has Knowledge of Any Criminal Act to be Tooken Place and does Not Act Upon Said, IT NOT ONLY MAKES HIM/HER Liable Under The Color of State Law When acting And Continueing To Act in An 1983 Civil Action, but, Subjected to Criminal Charges by The State Under Conspiracy Act.

Hamilton C.I. CHIEF of Security COLONEL Corbin: Is Fully Aware of Specific risks and hazards to my Life, And Has Failed to take Actions to Provide Protection, making him directly deliberately indifferent.

Multiple Grievances Have been Submitted Via Grievance Box To Classification A. Hall, Who Turns Said Locked Box Over to B. BLANTON, Grievance Coordinator Concerning this or these Matters, Which is Still in resolution Unacknowledged And Never responded to, obstructing Justice, To Place Cover on THE Reporting.

My ONLY WAY To make These Criminal And Federal Violations Known is To Report Said To Outside enities, Which is What I've had to do repeatedly Since The Latter of December 2022. Namely U.S. Dist. Court Jacksonville, F.B.I. Jacksonville, U.S. Dept. Justice Washington D.C., Attorney JAMES V. Cook, Tallahassee, Hamilton Circuit Court ect.

I HAVE A $5.000, Five Thousand Dollar Hit ON my LIFE, THis information Was Provided To COLONEL CORBIN, Head of Classification Rudolph, Asst. Warden of Programm, And Has Since been Provided To Warden Allen, Via Emails From all the Organizations Listed above.

THIS MONEY IS PUT ON my LIFe by Gang Members! THESE GANG MEMBERS Are mad AT myself Exposing Tax Fraud They Were doing Through A Captain, Sgt. and c/o Who Were also Providing Them Names of officials, With their information, "addresses" "Social Security" ect. With Female officials Selling Sex To inmates, And The Fact they Were allowing drones To drop on The Compound, And making No Less Than $5.000 A Week A piece For Their envolvement. "I've Never Been Giving A Voicealizer or polygraph Testing To Confirm These Facts Covering up For These Corrupt D.O.C. officials, Go-Figure"!

AT THIS TIME HOUSED AT HAMILTON ANNEX, SECURITY Tried To Force myself Into Population, I Intentionally Made A Threat THAT HAD myself PLACED ON CLOSE MANAGEMENT, And Wrote THE STATE CLASSIFICATION AND REQUESTED THAT HE APProve THE Recommendation For Close Management, NOT BECAUSE I WANTED TO GO, But, BECAUSE ITS THE ONLY FORM OF Protection I Could Receive...

I'm In Confinement, Located In H2111 THE Housing Sgt. Grove, Has repeatedly And Intentionally Had myself Housed In A Cell Primarily oFF CAMERA, IN A CONSPIRACY To SET myself Up For Assault by Housing myself in H1212, H1116, Now H2111, NOTE: All Her Population Housing Assignments Were the Same. F1115, G3213. All These Housing Assignments Are Far in The Back oFF CAMERA. Located Over myself I Hear Cell doors Open everyday With No official ON THE WING, Cells 10, 11 or 12 Top., Its No Way THESE CELL DOORS Are Open

And Security dont know it!, Panels in The officer Stations has boards to tell you this., Therefore, "Their" Setting myself up To be Stabbed, Assaulted in some manner, And I'm GONA COME OUT my cell AT All TIMES TO ALLOW SAID TO HAPPEN by Any And All Shifts.

I WANT criminal Charges brought Against Any And All Shifts THAT Allow SAID Assault to transpire, As they Have been placed ON NOTICE And Via Grievances that B. BLANTON, Neglect to Record And Process.

### CERTIFICATE OF SERVICE

HAVING READ The Foregoing Affidavit, I Swear Under Penalties of Perjury all STated is true and Correct, Pursuant to Florida STatutes 92.525(2); STate v. Shearer, 628 So. 2d 1102 (Fla. 1993). And That A True And Correct Copy of This affidavit has been Furnished by U.S. MAIL To: STATE ATTORNEY OFFICE: 100 S.E. Court ST. Live Oak, FLORIDA 32062. ON This 24th day OF February 2023 VIA Hamilton MAIL CARRIER.

/s/ Andre Sheffield

Andre Sheffield #116194
Hamilton Corr. Inst.
10650 S.W. 46th Street
JASPER, FLORIDA
32052